**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER, Nevada Bar No. 6023
Email : jkrieger@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

E. Russell Tarleton (*Pro Hac Vice*)
Marc Levy (*Pro Hac Vice Pending*)
**SEED IP Law Group LLP**
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel: 206-622-4900
Fax: 206-682-6031

*Attorneys for Plaintiffs*
*MUSIC Tribe Global Brands Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC., AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AURATONE LLC, <br><br> Defendant. | Case No.: 2:18-cv-01682-JCM-PAL <br><br> **STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiffs Music Tribe Commercial NV, Inc. and Music Tribe Global Brands, Ltd. ("Plaintiffs") filed their Complaint on September 4, 2018 (ECF No. 1). Defendant Auratone LLC was served on September 10, 2018 (ECF No. 9), making Defendant's response date October 1, 2018.

Subject to this Court's approval, the parties by and through their respective counsel, of record, hereby stipulate and agree to a 14-day extension of time for Defendant to respond or otherwise answer, making the new response date October 15, 2018. Therefore, the parties agree to



1

and request the court to enter an extension until October 15, 2018 for Defendant's response.

This request is sought in good faith and not for the purpose of undue delay.

DATED this 17th day of September, 2018.

**DICKINSON WRIGHT PLLC**

_____
John L. Krieger
Nevada Bar No. 6023
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

E. Russell Tarleton (*Pro Hac Vice*)
Marc Levy (*Pro Hac Vice Pending*)
SEED IP Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel. 206-622-4900
Fax. 206-682-6031

Attorneys for Plaintiffs
*MUSIC Tribe Global Brands Ltd.*

_____
Loletta Darden
(*Pro Hac Vice Forthcoming*)
Suffolk University Law School
Assistant Professor and Director
Intellectual Property Law & Entrepreneurship Clinic
Suffolk University Law School
120 Tremont St, STE 150
Boston, MA 02108

Attorney for Defendant
*Auratone, LLC*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 20, 2018



2