Patrick J. Reilly
Nevada Bar No. 6103
preilly@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Auratone, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC. AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AURATONE LLC, <br><br> Defendant. | Case No.: 2:18-cv-01682-JCM-PAL <br><br> **AMENDED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(Second Request)** |

## **AMENDED STIPULATION**

Plaintiffs MUSIC TRIBE COMMERCIAL NV, INC. and MUSIC TRIBE GLOBAL BRANDS, LTD ("Plaintiffs") and Defendant AURATONE, LLC ("Defendant") hereby stipulate and agree to extend the time for Defendant to answer or otherwise plead in response to the Complaint on file in this action, up to and including October 26, 2018.

This is the second request for an extension. This request is made due to the recent move of Defendant's counsel to Brownstein Hyatt Farber Schreck, LLP. Defendant anticipates that this extension will be the last request from Defendant.

///

///

///

17592379.1                                                        1

Accordingly, this stipulation is made in good faith and not for the purposes of delay.

Dated this 12th day of October, 2018.

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **BROWNSTEIN FARBER HYATT SCHRECK, LLP** |
| By: /s/ John L. Krieger<br>John L. Krieger, Esq.<br>Nevada Bar No. 6023<br>8363 West Sunset Road<br>Suite 200<br>Las Vegas, NV 89113-2210<br><br>*Attorneys for Plaintiffs* | By: /s/ Patrick J. Reilly<br>Patrick J. Reilly, Esq.<br>100 N. City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br><br>*Attorneys for Auratone, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2018

17592379.1

2