**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER, Nevada Bar No. 6023
Email : jkrieger@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

E. Russell Tarleton (*Pro Hac Vice*)
Marc Levy (*Pro Hac Vice Pending*)
**SEED IP Law Group LLP**
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel: 206-622-4900
Fax: 206-682-6031

*Attorneys for Plaintiffs*
*MUSIC Tribe Global Brands Ltd.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC., AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>AURATONE LLC, <br><br>Defendant. | Case No.: 2:18-cv-01682-JCM-PAL <br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** <br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs MUSIC Tribe Commercial NV, Inc., and MUSIC Tribe Global Brands, Ltd. (collectively, "MUSIC Tribe"), by and through their counsel or record, and AURATONE LLC (together with MUSIC Tribe, the "Parties"), hereby agree and consent to extend the deadline for MUSIC Tribe to respond to Defendant's Counterclaim ("Counterclaim") (ECF No.16). MUSIC Tribe shall have up to and including **Monday, November 26, 2018**, in which to respond to the Counterclaim.



1

This request is brought in good faith and not for the purpose of undue delay.

IT IS SO AGREED AND STIPULATED:

DATED this 16th day of November 2018.     DATED this 16th day of November 2018.

/s/ John L. Krieger     /s/ Michael D. Rounds
John L. Krieger, Esq.     Patrick J. Reilly, Esq.
**DICKINSON WRIGHT PLLC**     Michael D. Rounds, Esq.
8363 West Sunset Road, Suite 200     **BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Las Vegas, Nevada 89113-2210     100 North City Parkway, Suite 1600
     Las Vegas, NV 89106-4614

E. Russell Tarleton (*Pro Hac Vice*)
Marc Levy (*Pro Hac Vice Pending*)
SEED IP Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel. 206-622-4900
Fax. 206-682-6031

*Attorneys for Plaintiffs*
*MUSIC Tribe Global Brands Ltd.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 26, 2018



2