Michael D. Rounds
Nevada Bar No. 4734
Patrick J. Reilly
Nevada Bar No. 6103
Samantha J. Reviglio
Nevada Bar No. 14258
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702-382-2101
Facsimile: 702-382-8135
Email: mrounds@bhfs.com
preilly@bhfs.com
sreviglio@bhfs.com

*Attorneys for Defendant/Counterclaimant, Auratone, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC. AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AURATONE, LLC, <br><br> Defendant and Counterclaimant. | Case No.: 2:18-cv-01682-JCM-PAL <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STRIKE AFFIRMATIVE DEFENSES (FIRST REQUEST)** |

IT HEREBY IS STIPULATED between Plaintiffs Music Tribe Commercial NV, Inc. and Music Tribe Global Brands, Ltd. (collectively, "MUSIC Tribe") and Defendant Auratone, LLC ("Auratone"), by and through their undersigned counsel of record, that Auratone may have up to and including **Friday, December 14, 2018** in which to respond to the Motion to Strike Affirmative Defenses (ECF No 24).

This request is brought in good faith and not for the purpose of undue delay.

**IT IS SO STIPULATED AND AGREED:**

DATED this 10th day of December, 2018.   DATED this 10th day of December, 2018.

*/s/ John L. Krieger*
John L. Krieger, Esq.
**DICKINSON WRIGHT PLLC**
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

E. Russell Tarleton (*Pro Hac Vice*)
Marc Levy (*Pro Hac Vice Pending*)
SEED IP Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Tel. 206-622-4900
Fax. 206-682-6031

*Attorneys for Plaintiffs*
*MUSIC Tribe Global Brands Ltd.*

*/s/ Michael D. Rounds*
Michael D. Rounds, Esq.
Patrick J. Reilly, Esq.
Samantha J. Reviglio, Esq.
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Auratone LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 5, 2019

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 10th day of December, 2018, I served the document entitled, **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STRIKE AFFIRMATIVE DEFENSES (FIRST REQUEST)**, on counsel of record through the CM/ECF system.

                                                /s/Nancy R. Lindsley
                                                Employee of Brownstein Hyatt Farber Schreck, LLP

18153019

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101