UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC., *et al.*,<br><br>                    Plaintiffs,<br>    v.<br>AURATONE LLC,<br>                    Defendant. | Case No. 2:18-cv-01682-JCM-PAL<br><br>ORDER |

Presently before the court is plaintiffs Music Tribe Commercial NV, Inc. ("MTC") and Music Tribe Global Brands, LTD's ("MTG") (collectively, "plaintiffs") motion to consolidate cases. (ECF No. 19). Also before the court is plaintiffs' motion to strike defendant Auratone LLC's ("defendant") answer and counterclaims. (ECF No. 24).

Both of the foregoing motions are moot. On November 27, 2018, the court granted the parties' stipulation to consolidate this action with related case, no. 2:18-cv-02033-JCM-PAL. (ECF No. 25). Also, defendant submitted an amended answer to plaintiffs' complaint on December 14, 2018, thereby rendering moot the answer that plaintiff's motion seeks to have stricken. *See* (ECF No. 30).

Therefore, the court will deny both motions as moot.

Accordingly,

IT IS ORDERED THAT plaintiffs' motion to consolidate cases (ECF No. 19) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED THAT plaintiffs' motion to strike (ECF No. 24) be, and the same hereby is, DENIED as moot.

IT IS SO ORDERED.

DATED THIS 5th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE