Michael D. Rounds
Nevada Bar No. 4734
Patrick J. Reilly
Nevada Bar No. 6103
Samantha J. Reviglio
Nevada Bar No. 14258
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702-382-2101
Facsimile: 702-382-8135
Email: mrounds@bhfs.com
preilly@bhfs.com
sreviglio@bhfs.com

*Attorneys for Defendant/Counterclaimant, Auratone LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC. AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AURATONE LLC, <br><br> Defendant. | Case No.: 2:18-cv-01682-JCM-BNW <br><br> **STIPULATION TO STAY CASE PENDING ARBITRATION** |
| AURATONE LLC, <br><br> Counterclaimant, <br><br> v. <br><br> MUSIC TRIBE COMMERCIAL NV, INC. AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Counterdefendants. | |

COMES NOW Plaintiffs/Counterdefendants MUSIC TRIBE COMMERCIAL NV, INC. and MUSIC TRIBE GLOBAL BRANDS, LTD and Defendant/Counterclaimant AURATONE

1

LLC (collectively, "the Parties") and hereby stipulate as follows:

1. This action, Case No. 2:18-cv-01682-JCM-BNW, and all claims, counterclaims, and defenses relating thereto or arising from the events described in the pleadings therein, are submitted to binding arbitration pursuant to agreement of the Parties, contingent upon the Parties' agreeing to a single arbitrator for the arbitration.

2. The Parties hereby request that this Court enter an Order staying this Action in its entirety until the conclusion of the arbitration, as set forth in the attached Proposed Order.

3. This Court retains jurisdiction for a confirmation or other motion concerning any arbitration award pursuant to the Federal Arbitration Act.

IT IS HEREBY STIPULATED AND AGREED.

DATED: October 29, 2019

| BROWNSTEIN FARBER HYATT SCHRECK, LLP | DICKINSON WRIGHT PLLC |
|---|---|
| By: /s/ Michael D. Rounds<br>Michael D. Rounds<br>Patrick J. Reilly<br>Samantha J. Reviglio<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br><br>*Attorneys for Auratone LLC* | By: /s/ John L. Krieger<br>John L. Krieger, Esq.<br>Nevada Bar No. 6023<br>8363 West Sunset Road<br>Suite 200<br>Las Vegas, NV 89113-2210<br><br>E. Russell Tarleton<br>Marc Levy<br>SEED INTELLECTUAL PROPERTY LAW GROUP LLP<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104<br><br>*Attorneys for MUSIC Tribe Commercial NV, Inc., and MUSIC Tribe Global Brands, Ltd.* |

2

**ORDER**

Having considered the foregoing and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is STAYED until the conclusion of arbitration.

**IT IS SO ORDERED.**

*[signature]*

UNITED STATES DISTRICT COURT

DATED: November 20, 2019

Respectfully Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Michael D. Rounds
    Michael D. Rounds
    Patrick J. Reilly
    Samantha J. Reviglio
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106-4614
    *Attorneys for Auratone LLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 29th day of October, I served the document entitled, **STIPULATION TO STAY CASE PENDING ARBITRATION**, on counsel of record through the CM/ECF system.

                                       */s/ Jeff Tillison*
                                       Employee of Brownstein Hyatt Farber Schreck, LLP