**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: JKrieger@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel: (702) 550-4400
Fax: (844) 670-6009

**TUCKER ELLIS LLP**
Brian K. Brookey (*Pro Hac Vice to be submitted*)
Email: Brian.Brookey@tuckerellis.com
1399 New York Avenue NW, Suite 350
Washington, D.C. 20005
Tel: (202) 505-6473

*Attorneys for Plaintiffs/Counter-Defendants*
*MUSIC TRIBE COMMERCIAL NV, INC.*
*and MUSIC TRIBE GLOBAL BRANDS, LTD.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC. and MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> AURATONE, LLC, <br><br> Defendant/Counter-Claimant, <br><br> AND ALL RELATED MATTERS. | Case No.: 2:18-cv-01682-JCM-BNW <br> Consolidated with: <br> Case No.: 2:18-cv-02033-JCM-CWH <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ORDER TO SHOW CAUSE WHY MUSIC TRIBE SHOULD NOT BE HELD IN CONTEMPT** <br><br> **(FIRST REQUEST)** |

Plaintiffs/Counter-Defendants Music Tribe Commercial NV, Inc. and Music Tribe Global Brands, Ltd. (collectively "Music Tribe"), and Defendant/Counter-Claimant Auratone, LLC ("Auratone") (together with Music Tribe, the "Parties"), by and through their counsel of record, hereby stipulate and agree to extend the deadline for Music Tribe to respond to Auratone's Motion for Order to Show Cause Why Music Tribe Should Not be Held in Contempt (ECF No. 63) ("Motion"), as well as extend time for Auratone to file its reply brief, if any.

1

This is the first request for an extension. This request is made due to the fact that Music Tribe is in the process of retaining new lead counsel, and the Parties have agreed to extend the briefing period to facilitate this process. Music Tribe shall have up to and including **Friday, April 18, 2025**, in which to file its response to the Motion. Auratone shall have up to and including, **Friday, May 9, 2025**, in which to file its reply brief, if any.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request is brought in good faith and not for the purpose of undue delay.

**IT IS SO AGREED AND STIPULATED:**

Dated this 31st day of March, 2025.     Dated this 31st day of March, 2025.

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **ROBERTSON, JOHNSON, MILLER & WILLIAMSON** |
| By: */s/ John L. Krieger* <br> John L. Krieger, Esq. <br> Nevada Bar No. 6023 <br> 3883 Howard Hughes Parkway, Suite 800 <br> Las Vegas, Nevada 89169-0965 <br> Email: JKrieger@dickinson-wright.com <br> Tel: (702) 550-4400 <br> Fax: (844) 670-6009 <br><br> – and – <br><br> Brian K. Brookey (*Pro Hac Vice to be submitted*) <br> TUCKER ELLIS LLP <br> 1399 New York Avenue NW, Suite 350 <br> Washington, D.C. 20005 <br> Email: Brian.Brookey@tuckerellis.com <br> Tel: (202) 505-6473 <br><br> *Attorneys for Plaintiffs/Counter-Defendants Music Tribe Commercial NV, Inc. and Music Tribe Global Brands, Ltd.* | By: */s/ Anthony Arger* <br> Anthony G. Arger, Esq. <br> Nevada Bar No. 13660 <br> Briana N. Collings, Esq. <br> Nevada Bar No. 14694 <br> 50 West Liberty Street, Suite 600 <br> Reno, Nevada 89501 <br> Anthony@nvlawyers.com <br> Briana@nvlawyers.com <br> Tel: (775) 329-5600 <br> Fax: (775) 348-8300 <br><br> – and – <br><br> Ryan H. Gordon, Esq. (Admitted *Pro Hac Vice*) <br> LYDA LAW FIRM <br> 5335 West 48th Ave., Suite 501 <br> Denver, Colorado 80212 <br> Ryan@lydagroup.com <br> Tel: (844) 844-9400 <br><br> *Attorneys for Defendant/ Counter-Claimant Auratone, LLC* |

**IT IS SO ORDERED:**

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

DATED: April 2, 2025

3