Anthony G. Arger, Esq. (Bar No. 13660)
Briana N. Collings (Bar No. 14694)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
Anthony@nvlawyers.com
Briana@nvlawyers.com

Ryan H. Gordon, Esq., Licensed in Colorado
Lyda Law Firm
(*pro hac vice* Pending)
5335 W. 48th Ave., Suite 501
Denver, Colorado 80212
Telephone No.: (844) 844-9400
ryan@lydagroup.com

*For Defendant/Counterclaimant*
*Auratone, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC. AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AURATONE LLC <br><br> Defendant. <br><br> ——————————— <br><br> AURATONE LLC, <br><br> Counterclaimant, <br><br> v. <br><br> MUSIC TRIBE COMMERCIAL NV, INC. AND MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Counterdefendants. | Case No.: 2:18-CV-01682-JCM-BNW <br><br> **SUBSTITUTION OF COUNSEL** |

1    COMES NOW Defendant AURATONE LLC and hereby substitutes Anthony G. Arger,

2  Esq. and Briana N. Collings, Esq. of Robertson, Johnson, Miller & Williamson, located at 50 W.

3  Liberty Street, Suite 600, Reno, Nevada 89501, in the above-entitled action, in place and stead of

4  Matthew J. McKissick and Patrick J. Reilly of Brownstein Hyatt Farber Schreck, LLP, located at

5  100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106.

6    DATED this 3rd day of April_____, 2025.

7    AURATONE LLC

8

9    By: Alexander Jacobsen
    Title: Manager

10

11    Matthew J. McKissick and Patrick J. Reilly of Brownstein Hyatt Farber Schreck, LLP

12  hereby consents to the substitution of Anthony G. Arger and Briana N. Collings of Robertson,

13  Johnson, Miller & Williamson as attorneys for Auratone LLC.

14    DATED this 3rd day of April_____, 2025.

15

16    Matthew J. McKissick, Esq.
    Patrick J. Reilly, Esq.

17

18    Anthony G. Arger and Briana N. Collings of Robertson, Johnson, Miller & Williamson

19  hereby consent to act as attorney of record for Auratone LLC in the above-entitled action in

20  place and stead of Matthew J. McKissick and Patrick J. Reilly of Brownstein Hyatt Farber

21  Schreck, LLP.

22    DATED this 3rd day of April_____, 2025.

23

24    Anthony G. Arger, Esq.
    Briana N. Collings, Esq.

25

26

27

28

SUBSTITUTION OF COUNSEL
PAGE 2

1

## **CERTIFICATE OF SERVICE**

2        Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of

3    Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within

4    action. I further certify that on the 3rd day of April, 2025, I electronically filed the foregoing

5    **SUBSTITUTION OF COUNSEL** and thus, pursuant to LR 5-4, caused same to be served by

6    electronic mail on the following Filing Users:

7    Sarah Chapin Columbia                      John L. Krieger
     McDermott, Will & Emery LLP                 Dickinson Wright PLLC
8    28 State Street                             3883 Howard Hughes Pkwy, Suite 800
     Boston, MA 02109                            Las Vegas, NV 89169
9    *Counsel for MUSIC Group IP, Ltd.*          jkrieger@dickinson-wright.com
                                                 *Counsel for Music Tribe Commercial NV,*
10                                               *Inc., Music Tribe Global Brands, LTD,*
                                                 *MUSIC Group IP, Ltd.*
11

12   Marc C. Levy                                E. Russell Tarleton
     Seed IP Law Group LLP                       Seed IP Law Group LLP
13   701 Fifth Avenue, Suite 5400                701 Fifth Avenue, Suite 5400
     Seattle, WA 98104                           Seattle, WA 98104
14   MarcL@seedip.com                            RussT@seedip.com
     *Counsel for Music Tribe Commercial NV,*    *Counsel for Music Tribe Commercial NV,*
15   *Inc., Music Tribe Global Brands, LTD,*     *Inc., Music Tribe Global Brands, LTD,*
     *MUSIC Group IP, Ltd.*                      *MUSIC Group IP, Ltd.*
16

17   Thomas Shewmake                             Matthew J. McKissick
     Seed Intellectual Property Law Group LLP    Brownstein Hyatt Farber Schreck, LLP
18   701 Fifth Avenue                            100 North City Parkway, Suite 1600
     Suite 5400                                  Las Vegas, NV 89106
19   Seattle, WA 98104
     *Counsel for MUSIC Group IP, Ltd.*

20                                    _____

21                          An Employee of Robertson, Johnson, Miller & Williamson

22

23                                    **IT IS SO ORDERED**

24                                    **DATED:** 10:52 am, April 04, 2025

25

26

27                                    **BRENDA WEKSLER**
                                      **UNITED STATES MAGISTRATE JUDGE**

28

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

SUBSTITUTION OF COUNSEL
PAGE 3