**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: JKrieger@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169-0965
Tel: (702) 550-4400
Fax: (844) 670-6009

**TUCKER ELLIS LLP**
Brian K. Brookey (*Pro hac vice forthcoming*)
Email: Brian.Brookey@tuckerellis.com
1399 New York Avenue NW, Suite 350
Washington, D.C. 20005
Tel: (202) 505-6473

*Attorneys for Plaintiffs/Counter-Defendants*
*MUSIC TRIBE COMMERCIAL NV, INC.*
*and MUSIC TRIBE GLOBAL BRANDS, LTD.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MUSIC TRIBE COMMERCIAL NV, INC. and MUSIC TRIBE GLOBAL BRANDS, LTD., <br><br> Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> AURATONE, LLC, <br><br> Defendant/Counter-Claimant, <br><br> AND ALL RELATED MATTERS. | Case No.: 2:18-cv-01682-JCM-BNW <br> Consolidated with: <br> Case No.: 2:18-cv-02033-JCM-CWH <br><br><br> **SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Plaintiffs/Counter-Defendants Music Tribe Commercial NV, Inc. and Music Tribe Global Brands, Ltd. (collectively "Music Tribe"), hereby consent to the substitution of Brian Brookey, Esq. of Tucker Ellis LLP as their attorney of record in the above-entitled action in place and stead of E. Russell Tarleton, Thomas Shewmake, and Marc C. Levy of Seed IP Law Group LLP.

1

DATED this 11th day of April, 2025.

          MUSIC TRIBE COMMERCIAL NV and
          MUSIC TRIBE GLOBAL BRANDS, LTD.

          By: Uli Behringer
          Title: Director

E. Russell Tarleton, Thomas Shewmake, and Marc C. Levy of Seed IP Law Group LLP, hereby consent to the substitution Brian Brookey, Esq. of Tucker Ellis LLP as counsel for Music Tribe in the above-entitled action in its place and stead. No further copies of notices, pleadings, and documents should be served upon Seed IP Law Group LLP, including having the Clerk remove them from the Court's CM/ECF distribution.

DATED this 11th day of April, 2025.

          SEED IP LAW GROUP LLP

          E. Russell Tarleton
          Thomas Shewmake
          Marc C. Levy
          701 Fifth Avenue, Suite 5400
          Seattle, WA 98104

///
///
///
///
///
///
///
///

Brian Brookey, Esq. of Tucker Ellis LLP, hereby accepts substitution of counsel for Music Tribe for all purposes in the above-entitled action in place and stead of E. Russell Tarleton, Thomas Shewmake, and Marc C. Levy of Seed IP Law Group LLP.

DATED this 11th day of April, 2025.

TUCKER ELLIS LLP

Brian Brookey, Esq.
(Pro hac vice forthcoming)
1399 New York Avenue NW, Suite 350
Washington, DC 20005

DATED this 11th day of April, 2025.

DICKINSON WRIGHT PLLC

John L. Krieger, Esq.
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Email: jkrieger@dickinson-wright.com
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiffs/Counter-Defendants*

IT IS HEREBY ORDERED Brian Brookey, Esq. of Tucker Ellis LLP is accepted as counsel of record and in the stead of E. Russell Tarleton, Thomas Shewmake, and Marc C. Levy of Seed IP Law Group LLP. No further copies of notices, pleadings, and documents should be served upon Seed IP Law Group LLP, and the Clerk of Court is instructed to remove them from the Court's CM/ECF distribution.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: April 14, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2025, I electronically filed the foregoing SUBSTITUTION OF COUNSEL to be served electronically to all parties of interest through the Court's CM/ECF system.

/s/ Ashley B. Moretto
An Employee of Dickinson Wright PLLC